United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN VALADEZ,

        Plaintiff,

    v.

NISSAN NORTH AMERICA, INC.,

        Defendant.

Case No. 26-cv-00710-KAW

**ORDER TRANSFERRING CASE; TERMINATING MOTION TO TRANSFER AS MOOT**

Re: Dkt. Nos. 1, 7

On January 22, 2026, Defendant Nissan North America, Inc. removed the instant case from Sacramento County Superior Court. (Not. of Removal. Dkt. No. 1.) Sacramento is located in the Eastern District of California, not the Northern District of California, as acknowledged in Defendant's January 28, 2026 motion to transfer the case to the Eastern District of California.[1] (*See* Def.'s Mot. to Transfer, Dkt. No. 7.)

Because the instant case was improperly removed to the Northern District of California, the Court TRANSFERS the case to the Eastern District of California pursuant to 28 U.S.C. § 1406(a). *See Soundview Communs., Inc. v. Lotus Mgmt., LLC*, No. C-13-3402 EMC, 2013 U.S. Dist. LEXIS 161202, at \*5 (N.D. Cal. Nov. 6, 2013) ("[W]here a notice of removal has been filed in the wrong district court, a court should transfer the case, pursuant to 28 U.S.C. § 1406(a), to the correct venue where the notice of removal should have been filed.").

///

///

///

---

[1] It is not apparent to the Court why Defendant did not seek to file a stipulation to transfer rather than a motion.

The Court TERMINATES the motion to transfer as moot.

IT IS SO ORDERED.

Dated: January 29, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California

2